JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NANCY GUZMAN, an individual,

Plaintiff,

vs.

NISSAN NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,

Defendants.

Case No: 2:25-cv-01476-MWF(MBKx)

**ORDER GRANTING STIPULATION OF DISMISSAL**

The Court has considered the parties' Stipulation of Dismissal. (Docket No. 21). For good cause shown, the Stipulation is GRANTED. The entire action, including all claims and counterclaims stated herein against all parties, is hereby DISMISSED with prejudice. The Court will retain jurisdiction over the terms of the parties' settlement agreement.

Dated: September 23, 2026



MICHAEL W. FITZGERALD
United States District Judge